886

No. 72–8. NEW JERSEY ET AL. v. WOODARD. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 71–1279. SINCLAIR v. SPATOCCO, AKA REED, ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 71–1306. PENDERGRAFT v. COOK, PENITENTIARY SUPERINTENDENT. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 71–1359. JUDICE ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 71–1361. SIMMS v. WYOMING. Sup. Ct. Wyo. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 71–1452. PANAS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 71–1453. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 71–1469. GHASSEMI ET AL. v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 71–1473. DEAN ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 71–1501. RUGGIRELLO v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.